# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | Case No. 5:19-mj-70273 MAG |
| v. ) | |
| Thomas Everett Seidel ) | Charging District: Northern District of Texas |
| ) | Charging District's Case No. 2:18-cr-00153 D BR |
| *Defendant* ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S.D.C. Northern District of Texas, Amarillo Division<br>205 SE 5th Street<br>Amarillo, TX 79101 | Courtroom No.: Mag. Judge Lee Ann Reno |
|---|---|
| | Date and Time: within 30 days |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 02/25/2019

*Judge's signature*

Nathanael Cousins, United States Magistrate Judge
*Printed name and title*

FILED
FEB 25 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE